IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JUAN MANUEL RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-235-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| STATE OF IDAHO, TESSIE BUTTRUM, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On December 20, 2007, the Court entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED: **December 20, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**